Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        v.<br><br>Isaiah Martell-Perkins,<br><br>                Defendant. | Case No. 2:17-cr-00129-APG-GWF<br><br>**First Stipulation to Continue Revocation Hearing** |

The parties request that this Court vacate the June 2, 2020, revocation hearing for at least 90 days because:

1. Martell-Perkins is in custody and agrees to the continuance;

2. Martell-Perkins wishes to appear in person at the final revocation hearing, which is not possible at this time; and

3. The parties have negotiated a resolution for ten months in custody with no supervision to follow, so Martell-Perkins will not be prejudiced by this delay because it will not result in additional imprisonment.

DATED: June 1, 2020.

| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>Melanee Smith<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Isaiah Martell-Perkins,<br><br>　　　　Defendant. | Case No. 2:17-cr-00129-APG-GWF<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 2, 2020, at 3:00 p.m. is vacated and continued to September 2, 2020 at 9:30 a.m. in Courtroom 6C.

　　　DATED: June 1st, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　United States District Judge