Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>Isaiah Martell-Perkins,<br><br>              Defendant. | Case No. 2:17-cr-00129-APG-GWF<br><br>**Second Stipulation to Continue Revocation Hearing** |

The parties request that this Court vacate the September 2, 2020, revocation hearing for at least 90 days because:

1. Martell-Perkins is in custody and agrees to the continuance;

2. The parties have negotiated a resolution for ten months in custody with no supervision to follow, so Martell-Perkins will not be prejudiced by this delay because it will not result in additional imprisonment.

DATED: August 27, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br> */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br> */s/ Melanee Smith*<br>By_____<br>Melanee Smith<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Isaiah Martell-Perkins,<br><br>　　　　Defendant. | Case No. 2:17-cr-00129-APG-GWF<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 2, 2020, at 9:30 a.m. is vacated and continued to December 9, 2020 at 1:30 p.m. in LV courtroom 6C.

　　DATED: August 27th, 2020.

_____
Andrew P. Gordon
United States District Judge